# Exhibit 2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDWARD FEW,                                Plaintiff,<br><br>v.<br><br>LABORERS DISTRICT COUNCIL PENSION & DISABILITY TRUST FUND NO. 2,<br><br>                                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 19-0003085<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

COMES NOW the Defendant Laborers District Council Pension & Disability Trust Fund No. 2, pursuant to 28 U.S.C. § 1446(d), to give notice that a Notice of Removal of the above-styled civil action has been filed on behalf of the Defendant in the United States District Court for the District of Columbia, in accordance with 28 U.S.C. § 1441. A copy of the Notice of Removal, filed on June 7th, 2019, is attached hereto as **Exhibit A**. Defendant's filing of this and the attached Notice of Removal with the Clerk in the Superior Court of the District of Columbia, shall effect removal and this Court may proceed no further unless and until this case is remanded.

This 7th day of June, 2019.

Respectfully submitted,

*/s/ Sharon M. Goodman*
Sharon M. Goodman D.C. Bar No. 425322
Kristina F. Salamoun D.C. Bar No. 144847
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC  20036

2

Phone: (202) 797-8700
Fax: (202) 234-8231

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 7th day of June, 2019, served Plaintiff with a true and correct copy of the within and foregoing **NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL** via U.S. Mail, addressed as follows:

    Edward Few
    P.O. Box 134
    Middlesex, NC 27557

*/s/ Sharon M. Goodman*
Sharon M. Goodman

20738066v1